STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant GEICO INDEMNITY COMPANY erroneously sued and served as GEICO INSURANCE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TRYON, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE and DOES I through X, inclusive,<br><br>      Defendant | CASE NO. 2:20-cv-01357-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF VARIOUS CLAIMS** |

  IT IS HEREBY STIPULATED AND AGREED, by and amongst Plaintiff WILLIAM TRYON and Defendant GEICO INSURANCE, by and through their attorneys of record, that Plaintiff's Second Cause of Action entitled "Bad Faith" and Plaintiff's Third Cause of Action entitled "Statutory Violations" are dismissed with prejudice.

  IT IS HEREBY FURTHER STIPULATED AND AGREED that paragraphs 14, 22 through 27, 28 through 38, only "and punitive damages" within paragraph 44, and line 3 of the prayer for relief are stricken.

///

///

///

///

IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendant's Motion to Dismiss (ECF No. 6) is withdrawn.  Defendant shall have 21 days from the date of entry of the order approving this stipulation to file an Answer.

| | |
|---|---|
| DATED: August 31, 2020. | DATED:  August 31, 2020. |
| **HALL JAFFE & CLAYTON, LLP** | **BOYACK LAW GROUP** |
| /s/ Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>TAYLOR R. ANDERSON, ESQ.<br>Nevada Bar No. 15136C<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Defendant GEICO INDEMNITY COMPANY erroneously sued and served as GEICO INSURANCE* | /s/ Bryan A. Boyack<br>BRYAN A. BOYACK, ESQ.<br>Nevada Bar No. 9980<br>1707 Village Center Circle, Ste. 100<br>Las Vegas, Nevada  89134<br>*Attorneys for Plaintiff* |

## ORDER

Based upon the parties' Stipulation for Dismissal of Various Claims and good cause appearing, therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Second Cause of Action entitled "Bad Faith" and Plaintiff's Third Cause of Action entitled "Statutory Violations" are dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that paragraphs 14, 22 through 27, 28 through 38, only "and punitive damages" within paragraph 44, and line 3 of the prayer for relief are stricken.

IT IS HEREBY FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 6) is withdrawn.  Defendant shall have 21 days from the date of entry of the order approving this stipulation to file an Answer.

DATED this  1st  day of   September      2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE