UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM TRYON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEICO INSURANCE and DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-01357-RFB-EJY<br><br>**ORDER** |

Before the Court is the parties' proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 12) seeking a year-long discovery period. The parties provide no reason for the extended period of discovery requested.

Accordingly,

IT IS HEREBY ORDERED that the Stipulated Discovery Plan and Scheduling Order (ECF No. 12) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties shall submit a revised plan and proposed order within seven (7) days of the date of this Order providing the Court with a factual basis for granting an initial discovery period longer than 180 days or file a plan with an initial discovery period of that length.

Dated this 6th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE