STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant GEICO INDEMNITY COMPANY erroneously sued and served as GEICO INSURANCE*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TRYON, an individual,<br><br>      Plaintiff,<br><br> vs.<br><br>GEICO INSURANCE and DOES I through X, inclusive,<br><br>      Defendant | CASE NO. 2:20-cv-01357-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Whereas the parties have settled to their satisfaction,

  IT IS HEREBY STIPULATED by and between the Plaintiff, WILLIAM TRYON, and Defendant, Defendant GEICO INDEMNITY COMPANY erroneously sued and served as GEICO INSURANCE, parties hereto, by and through their respective counsel, BRYAN A. BOYACK, ESQ. of BOYACK LAW GROUP, and STEVEN T. JAFFE, ESQ. and TAYLOR R. ANDERSON, ESQ., HALL JAFFE & CLAYTON, LLP, for Defendant, that this matter be

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  dismissed with prejudice in its entirety with each side to bear their own costs and attorney's
2  fees.

DATED this 12th day of July, 2021.          DATED this 12th day of July, 2021.

**HALL JAFFE & CLAYTON, LLP**              **BOYACK LAW GROUP**

   */s/Steven T. Jaffe*                         */s/ Bryan A. Boyack*
By:_____          By:_____
STEVEN T. JAFFE, ESQ.                      BRYAN A. BOYACK, ESQ.
Nevada Bar No. 7035                        Nevada Bar No.: 9980
TAYLOR R. ANDERSON, ESQ.                   8906 Spanish Ridge Avenue, Suite 100
Nevada Bar No. 15136C                      Las Vegas, Nevada 89148
7425 Peak Drive                            Phone: (702) 744-7474
Las Vegas, Nevada 89128                    Fax: (702) 623-4746
*Attorney for Defendant GEICO INDEMNITY*   bryan@BoyackLawGroup.com
*COMPANY erroneously sued and served as*
*GEICO INSURANCE*                          RICHARD HARRIS, ESQ.
                                           Nevada Bar No. 505
                                           RICHARD HARRIS LAW FIRM
                                           801 South Fourth Street
                                           Las Vegas, Nevada 89101
                                           Telephone: (702) 444-4444
                                           Facsimile: (702) 444-4455
                                           *Attorneys for Plaintiff*

    IT IS SO ORDERED.

    DATED this 13th day of ___July___, 2021.

                                            _____
                                            UNITED STATES DISTRICT JUDGE